IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **VICTOR MENTION,** | ) |
| | ) CIVIL ACTION |
| Plaintiff, | ) FILE NO: |
| | ) |
| vs. | ) |
| | ) |
| **OFFICER P. WARD,** | ) |
| Defendant. | ) |
| | ) |

# COMPLAINT

Comes now Plaintiff and respectfully shows:

## COUNT ONE

-1-

This is an action under 42 U.S.C. §1983 for violation of plaintiff's Fourteenth Amendment rights. He also asserts claim under state law.

-2-

Defendant acted under color of state law.

-3-

This Court has jurisdiction under 28 U.S.C. § 1343 and supplemental jurisdiction under 28 U.S.C. § 1367.

-4-

Defendant P. Ward is a resident of the Northern District of Georgia and is subject to the jurisdiction of the Court.  He may be personally served with the complaint and summons at Gwinnett County Police Department, 800 Hi Hope Road, in Lawrenceville, Georgia.

-5-

Plaintiff was taken into custody on December 4, 2021, and had not yet been convicted.

-6-

Plaintiff was being transferred to the Gwinnett County Jail by Defendant Ward.

-7-

Plaintiff was handcuffed and sitting in the police vehicle driven by Defendant Ward.  Plaintiff was without a seatbelt or shoulder harness.

-8-

Defendant Ward repeatedly slammed on the brakes for no apparent reason and did so consistently and deliberately knowing that Plaintiff was being bounced around the vehicle.  Defendant was speeding as well when he did so.

-9-

Plaintiff suffered serious injury while being transferred in the police car driven by Defendant Ward.

-10-

Defendant Ward was operating the vehicle recklessly and braked suddenly for no reason, causing the Plaintiff to be thrown about the inside of the vehicle. The Plaintiff was handcuffed and could not protect himself.

-11-

Numerous times he begged Defendant Ward to slow down.  Moreover, the Defendant was well aware that Plaintiff was being bounced around.

-12-

As a proximate result, Plaintiff suffered serious injuries in the amount of $500,000.00.

-13-

Because of Defendant's reckless and deliberate conduct, Plaintiff is entitled to punitive damages in the amount of $250,000.00

-14-

Plaintiff is entitled to attorney fees under 42 U.S.C. § 1988.

## COUNT TWO

-15-

Paragraphs 1-14 are re-alleged as though fully set out.

-16-

Defendant's actions constituted "abuse" of Plaintiff, pursuant to the Georgia Constitution Art. 1, Sec. 1, Para XVII.

Wherefore Plaintiff prays:

1.) For damages as set out above in the amount of $500,000.00

2.) For punitive damages as set out above in the amount of 250,000.00

3.) For judgement,

4.) For jury trial and

5.) For such other and further relief as is just and proper.

Respectfully submitted:

*/s/ Keith R. Foster*
Keith R. Foster
Georgia Bar No.: 271001
*Attorney for Plaintiff*

**THE FOSTER FIRM, LLC**
One Crown Center
1895 Phoenix Blvd., Suite 110
Atlanta, Georgia 30349
(P): 404-559-8325
(F): 404-559-8335
Email: kfoster@tfflaw.net

                                             **/s/Ralph Goldberg**
                                             Ralph Goldberg
                                             Georgia Bar No: 299475
                                             Attorney for Plaintiff

GOLDBERG & CUVILLIER, P.C.
3469 Lawrenceville Hwy., Suite 102
Tucker, GA 30084-6919
770-670-7343
770-670-7344 (Fax)
attorneygoldberg@hotmail.com